| | |
|---|---|
| 1 | Frank Woodson |
| | Navan Ward |
| 2 | **BEASLEY, ALLEN, CROW, METHVIN,** |
| | **PORTIS & MILES, P.C.** |
| 3 | 218 Commerce Street |
| | P.O. Box 4160 |
| 4 | Montgomery, Alabama 36103 |
| | Telephone: 334-269-2343 |
| 5 | Facsimile: 334-954-7555 |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To: | |
| *William Randolph Hall, Sr. vs. Pfizer Inc, et al.* (06-2273 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Roger Harper vs. Pfizer Inc, et al.* (06-6023 CRB) | |
| *Sandra Hawkins, et al. vs. Pfizer Inc, et al.* (07-2218 CRB) | |
| *Leon Hendrix vs. Pfizer Inc, et al.* (08-0704 CRB) | |
| *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.* (07-4383 CRB) | |
| *Charles Lee Holmes vs. Pfizer Inc, et al.* (06-4211 CRB) | |
| *Bruce Holzwarth vs. Pfizer Inc, et al.* (07-3035 CRB) | |
| *David E. Huard vs. Pfizer Inc, et al.* (08-0796 CRB) | |
| *Clifford Jackson vs. Pfizer Inc, et al.* (06-5042 CRB) | |

-1-

| | |
|---|---|
| 1 | *Debbie Jackson, et al. vs. Pfizer Inc, et al.* (06-2605 CRB) |
| 2 | |
| 3 | *Ozzie Jackson vs. Pfizer Inc, et al.* (06-2274 CRB) |
| 4 | *Ronald Jacoby vs. Pfizer Inc, et al.* (07-4689 CRB) |
| 5 | |
| 6 | *Kathy Jewell vs. Pfizer Inc, et al.* (07-1355 CRB) |
| 7 | *Dorothy Johnson vs. Pfizer Inc, et al.* (06-5039 CRB) |
| 8 | |
| 9 | *Billie Jean Johnstone vs. G.D. Searle LLC, et al.* (07-4549 CRB) |
| 10 | |
| 11 | *John R. Jones vs. Pfizer Inc, et al.* (06-3899 CRB) |
| 12 | *Sylvester Jones vs. G.D. Searle LLC, et al.* (07-4550 CRB) |
| 13 | |
| 14 | *Robert K. Kiser II vs. Pfizer Inc, et al.* (06-4104 CRB) |
| 15 | *Frank Klinger vs. G.D. Searle LLC, et al.* (05-4739 CRB) |
| 16 | |
| 17 | *Alberta A. Kreitzer vs. Pfizer Inc, et al.* (08-2149 CRB) |
| 18 | *Vasudev Kulkarni vs. Pfizer Inc, et al.* (07-1528 CRB) |
| 19 | |
| 20 | *Bertha R. Lacy vs. Pfizer Inc, et al.* (06-7383 CRB) |
| 21 | *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.* (08-1856 CRB) |
| 22 | |
| 23 | *Thomas Lauer vs. Pfizer Inc, et al.* (08-2854 CRB) |
| 24 | |
| 25 | *Barbara Laver vs. Pfizer Inc, et al.* (08-3705 CRB) |
| 26 | *Kenneth Prouty, et al. vs. Pfizer Inc, et al.* (06-7631 CRB) |
| 27 | |
| 28 | *Vickie L. Lewis vs. Pfizer Inc, et al.* (06-4284 CRB) |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

*Robert L. Lippincott vs. Pfizer Inc, et al.*
(07-5018 CRB)

*John Scarcliff vs. G.D. Searle LLC, et al.*
(05-4454 CRB)

*Norma Matthias vs. Pfizer Inc, et al.*
(06-7632 CRB)

*Elise Mayes vs. Pfizer Inc, et al.*
(08-3702 CRB)

*William D. McCluskey vs. Merck & Co. Inc, et al.*
(07-3342 CRB)

*Phyllis McCord vs. G.D. Searle LLC, et al.*
(05-4738 CRB)

*Barbara Dyer, et al. vs. Pfizer Inc, et al.*
(07-1317 CRB)

*Vince Mejer vs. Pfizer Inc, et al.*
(07-0237 CRB)

*James Byron McVay vs. Pfizer Inc, et al.*
(07-0861 CRB)

*Alfred Melton vs. Pfizer Inc, et al.*
(06-2745 CRB)

*Richard McNabb, et al. vs. Pfizer Inc, et al.*
(07-6450 CRB)

*Wilmer Merriweather vs. G.D. Searle LLC, et al.*
(05-4452 CRB)

*Rhoda Messer, et al. vs. Pfizer Inc, et al.*
(06-6588 CRB)

*Ronald Miller vs. Pfizer Inc, et al.*
(09-0892 CRB)

*Linda Mirza vs. Pfizer Inc, et al.*
(06-3818 CRB)

*Carolyn Montiforte vs. Pfizer Inc, et al.*
(07-4735 CRB)

*Henry C. Morris vs. Pfizer Inc, et al.*
(06-3686 CRB)

*Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

```
 1  (09-0891 CRB)

 2  Patsy Murry, et al. vs. Pfizer Inc, et al.
    (06-7438 CRB)
 3
    Ed Narke vs. Pfizer Inc, et al.
 4  (08-0260 CRB)

 5  Dian C. Neal vs. Pfizer Inc, et al.
    (06-3900 CRB)
 6
    Rosa M. Nelson vs. Pfizer Inc, et al.
 7  (06-2275 CRB)

 8  Cliff Norwood vs. G.D. Searle LLC, et al.
    (05-4451 CRB)
 9
    Floyd Odom vs. Pfizer Inc, et al.
10  (07-5885 CRB)

11  Joan J. Opel vs. Pfizer Inc, et al.
    (07-4372 CRB)
12
    Mary Osteen vs. Pfizer Inc, et al.
13  (06-6928 CRB)

14  Elvis Owens, et al. vs. Pfizer Inc, et al.
    (06-5002 CRB)
15
    James Curtis Owens vs. Pfizer Inc, et al.
16  (06-1669 CRB)

17  Marvin Palmer vs. Pfizer Inc, et al.
    (06-6499 CRB)
18
    Albert Pearson vs. G.D. Searle LLC, et al.
19  (05-4455 CRB)

20  R.V. Perkins vs. Pfizer Inc, et al.
    (08-3699 CRB)
21
    Jo Anne Pierce vs. G.D. Searle LLC, et al.
22  (05-4492 CRB)

23  Kirk Redenius vs. Pfizer Inc, et al.
    (06-4901 CRB)
24
    Linda Redinger vs. Pfizer Inc, et al.
25  (07-0454 CRB)

26  Tammy L. Ribble vs. Pfizer Inc, et al.
    (06-7283 CRB)
27
    Zelma Riffle, et al. vs. Pfizer Inc, et al.
28  (06-6114 CRB)
```

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

*Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10·16 2009   By: *[signature] Navan Ward F.*

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009   By: *[signature]*

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2009   *[signature]*
Hon. Charles R. Breyer
United States District Court

PFZR/1035934/1132569v.1
EAST\42579891.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE